**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-6496

RICHARD SISSON,

Plaintiff - Appellant,

v.

FRED DAVIS, Warden, Deerfield Correctional Center; ROSANNE
CONNER, RN, Deerfield Correctional Center; K. FAISON,
Medical Staff, Deerfield Correctional Center; FRED
SCHILLING, Health Services Director - VDOC; BENITA BADGETTE,
Healthcare Adm., Deerfield Correctional Center; GARY BASS,
Chief of Operations-VDOC,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.    Leonie M. Brinkema,
District Judge. (1:11-cv-00313-LMB-TCB)

Submitted:  July 19, 2012           Decided:  August 16, 2012

Before NIEMEYER, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richard Sisson, Appellant Pro Se.   Christopher Davies Supino,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia;
Jeff W. Rosen, PENDER & COWARD, PC, Virginia Beach, Virginia,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Sisson appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying his subsequent Fed. R. Civ. P. 59(e) motion to alter or amend. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sisson v. Davis, No. 1:11-cv-00313-LMB-TCB (E.D. Va. Feb. 2 & Mar. 2, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2